**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**YADIRA GONZALEZ,**

       **Plaintiff,**

v.                                        **Case No: 6:22-cv-1848-PGB-RMN**

**WENDY'S PROPERTIES, LLC,**

       **Defendant.**

_____/

## ORDER

    This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed October 24, 2023. (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Wendy's Properties, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on October 25, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties